# MEMO ENDORSED

**DuaneMorris®**

Conference adjourned to: Nov. 19, 2010 at 12:30pm

from: Aug. 27, 2010

SO ORDERED:

_____ 8/31/10
P. KEVIN CASTEL, U.S.D.J.

T. STEVEN HAR
DIRECT DIAL: 212.692.1055
PERSONAL FAX: 212.202.6040
E-MAIL: tshar@duanemorris.com

www.duanemorris.com

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 30, 2010

**VIA FACSIMILE – (212) 805-7949**

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-10

Re: **KEB NY FINANCIAL CORP. v. EDISON PROPERTY LLC, et al.**
**1:10-cv-05468-PKC**

Dear Judge Castel:

We represent KEB NY FINANCIAL CORP., plaintiff in the above-referenced action.

This letter is written to explain KEB's failure to appear on August 27, 2010 for the Initial Scheduling Conference. There currently pending before Your Honor is a related case captioned KEB NY Financial Corp. v. Winchester Property LLC and Sun Hee Chun 10-cv-03311 (PKC), which involve same parties but different properties. The Winchester case also had its Initial Scheduling Conference scheduled for the same date and time as this case. We had previously requested and the Court vacated the conference for the Winchester case, as defendants have yet to appear. Similarly, defendants have yet to appear in this Edison case.

It appears that our calendar system vacated the scheduled conference for both cases by error. We apologize for the inconvenience and request that the Initial Scheduling Conference be rescheduled.

Thank you for your consideration.

Respectfully submitted,

T. Steven Har

TSH:jlw

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086        PHONE: 212.692.1000  FAX: 212.692.1020