```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-10
```

UNITED STATES DISTRICT COUR T
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KEB NY Financial

                              Plaintiff(s),

     - against -

Edison Property LLC

                              Defendant(s).

-----------------------------------------------------------x

DOCKET IN:
ALL 3 CASES

1- 10 Civ. 5468 (PKC)
2- 10 Civ. 3311 (PKC)
3- 10 Civ. 5911 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

     As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By December 20, 2010, plaintiff shall move for a default judgment in all three cases.

2. ~~By~~ Defendant failed to appear ~~shall~~ at PTC held today in 10 Civ. 5468 (PKC).

3. By _____, 201_, _____ shall _____.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on March 4, 2011 at 2:45 am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
11-19-10