UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEB NY FINANCIAL CORP.,

                              1:10-cv-05468-PKC

            Plaintiff,

      -against-                    **CERTIFICATE OF SERVICE**

EDISON PROPERTY LLC and
SUN HEE CHUN

            Defendants.
-----------------------------------------------------------X

      I, JULIA L. WATTS, hereby certify that I am employed in the County of New York, State of New York, am over the age of 18 and not a party to the within action. My business address is 1540 Broadway, 12th Floor, New York, New York 10036.

      On December 20, 2010, I served the foregoing document(s) described as: NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF T. STEVEN HAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b), EXHIBITS A-E, and DEFAULT JUDGMENT on the interested parties in this action via First Class Mail, at the addresses listed below, as follows:

Edison Property LLC
2 East Hartshorn Drive
Milburn, NJ 07078

Edison Property LLC
1900 Woodbridge Avenue
Edison, NJ 08817

Sun Hee Chun
2704 Tall Pines
Pine Hill, NJ 08021

      by placing a true copy thereof enclosed in a sealed envelope, addressed as above, and by placing said sealed envelope for collection and mailing on that date.

                                             _____
                                             Julia L. Watts

Sworn to before me this 21st
day of December, 2010.

_____
NOTARY PUBLIC

LAURIE DEALE
Notary Public, State of New York
No.01DE6144191
Qualified in WestChester County
COMMISSION EXPIRES 04/24/2014

DM1\2444034.1

## Motions

1:10-cv-05468-PKC KEB NY Financial Corp. v. Edison Property LLC et al
ECF, RELATED

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:10 PM EST and filed on 12/20/2010
**Case Name:**      KEB NY Financial Corp. v. Edison Property LLC et al
**Case Number:**    1:10-cv-05468-PKC
**Filer:**          KEB NY Financial Corp.
**Document Number:** 11

**Docket Text:**
**MOTION for Default Judgment as to *Edison Property LLC and Sun Hee Chun*. Document filed by KEB NY Financial Corp..(Har, Taewoong)**


**1:10-cv-05468-PKC Notice has been electronically mailed to:**

Taewoong Steven Har     tshar@duanemorris.com

**1:10-cv-05468-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066098-0] [960119b6e2f6f918a83a4aa9b63b0077ec4cacc01d7296fe862a7336cbbfe4b5c0
fa04b682a92632e54bdc043af68946e52114cd49bff2c521413199c128754a]]

## Replies, Opposition and Supporting Documents
1:10-cv-05468-PKC KEB NY Financial Corp. v. Edison Property LLC et al
ECF, RELATED

**Docket Text: Final Text**
**DECLARATION of T. Steven Har in Support re: [11] MOTION for Default Judgment as to *Edison Property LLC and Sun Hee Chun*.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default as to Edison Property LLC, # (2) Text of Proposed Order Default as to Sun Hee Chun)(Har, Taewoong)**

**Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

*Source Document Path (for confirmation only):*
C:\Documents and Settings\odmclean\Desktop\10-cv-5468 (PKC) Dec of Steve.pdf    pages: 52
C:\Documents and Settings\odmclean\Desktop\10-cv-5468 (PKC) Default to edison property.pdf    pages: 2
C:\Documents and Settings\odmclean\Desktop\10-cv-5468 (PKC) Default to Sun Hee Chun.pdf    pages: 2



**Replies, Opposition and Supporting Documents**
1:10-cv-05468-PKC KEB NY Financial Corp. v. Edison Property LLC et al
ECF, RELATED

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:12 PM EST and filed on 12/20/2010

**Case Name:** KEB NY Financial Corp. v. Edison Property LLC et al
**Case Number:** 1:10-cv-05468-PKC
**Filer:** KEB NY Financial Corp.
**Document Number:** 12

**Docket Text:**
DECLARATION of T. Steven Har in Support re: [11] MOTION for Default Judgment as to *Edison Property LLC and Sun Hee Chun*.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default as to Edison Property LLC, # (2) Text of Proposed Order Default as to Sun Hee Chun)(Har, Taewoong)

**1:10-cv-05468-PKC Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-05468-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066113-0] [2363c267aa7e013c1b341f8234713dd6a988a5373b8ed1c745880e7a09e506ceff d8b24d9cd243c7dbb1da7eb15458c87d51df498a70a703cf1cb428fc8fa923]]
**Document description:** Text of Proposed Order Default as to Edison Property LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066113-1] [510be954e03ac7878eca9019a6e2d3636d67bf9e6f75f6babddb4cf260a10bab96 fa4480d9f1b202f9397bec238cf489e7fd234e7d32aee012279396e6624507]]
**Document description:** Text of Proposed Order Default as to Sun Hee Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066113-2] [64ea99a31cb355b6458e2c3a0ce0bf9e579fbe5099abdde468af9b05e9a0842437 79aa3b4830bc3702d243c947aba9126fc3aca13ff6a7fbb6d8b60bf18487de]]